**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

**In the Matter of:**

                                              **CHAPTER 13 PROCEEDING**
**DONALD SHULER**                   **CASE NUMBER: 09-21199**
                                              **HONORABLE DANIEL S. OPPERMAN**

     **Debtor**                               /

## ORDER CONFIRMING PLAN

       The debtor(s) Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 U.S.C. §1325(a) are met.

       Therefore, **IT IS HEREBY ORDERED** that the debtor(s) Chapter 13 Plan as last amended, if at all, is confirmed.

       **IT IS FURTHER ORDERED** that the claim of Michael M. Hall, Attorney for debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees, and that the portion of such claim which has not already been paid, to wit $2,074.00 shall be paid by the trustee as an administrative expense of this case.

       All timely filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the trustee is therefore **ORDERED** to make distribution on these claims pursuant to the terms of the Chapter 13 Plan, as well as all fees due the clerk pursuant to statute.

       **IT IS FURTHER ORDERED** that the Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the debtor(s) become(s) entitled during the pendency of this Chapter 13 proceeding.

       **IT IS FURTHER ORDERED** that no discharge shall be granted unless the debtor provides additional funding of 100% of income tax refunds in excess of $2,496.00 per year during the plan's term.

Approved as to Form & Content:

| | |
|---|---|
| /s/Thomas W. McDonald, Jr. | /s/Michael M. Hall |
| Thomas W. McDonald, Jr. (P32464) | Michael M. Hall (P26649) |
| Chapter 13 Trustee | Attorney for debtor(s) |
| 3144 Davenport Avenue | 2111 Marshall Court |
| Saginaw, Michigan 48602 | Saginaw, Michigan 48602 |
| Telephone: (989) 792-6766 | Telephone: (989) 793-1470 |
| ecf@mcdonald13.org | Email: mikemhall2000@yahoo.com |

.

**Signed on May 29, 2009**

                                                       **_/s/ Daniel S. Opperman_**
                                                       **Daniel S. Opperman**
                                                       **United States Bankruptcy Judge**